## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA,

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

      Defendant.

---

### DECLARATION OF ALICIA GARCIA

---

1.      My name is Alicia Garcia. I am over the age of 21 and have personal knowledge of the matters set forth in this Declaration.

2.      I am a law-abiding citizen of Colorado. I am affected by the C.R.S. § 18–12–115 (the "Waiting Period Act" or the "Act"). In particular, I am affected by the Act's unconstitutional burden on the Second Amendment rights of law-abiding citizens who purchase firearms.

3.      On October 1, 2023, I went to Triple J Armory for the purpose of acquiring a new lever action .357/.38 Special Henry rifle. I filled out all of the necessary paperwork for my background check. I passed the background check and paid the purchase price for my firearm. At this point, title the firearm transferred to me. I requested J.D. Murphree (the owner of Triple J Armory) to deliver the firearm to me. Mr. Murphree refused to do so. I asked why Triple J Armory was holding onto

1

my property and refusing to deliver it to me. Mr. Murphree responded that he was required to do so because of the Waiting Period Act.

4.      I asked if Triple J Armory disputed that title to the firearm had passed to me, and Mr. Murphree assured me that it did not. I asked Mr. Murphree if there were any reason other than the requirements of the Waiting Period Act why I could not receive my property and take it with me. Mr. Murphree said there was none. The Waiting Period Act's requirements were the only reason he would not deliver the property to her.

5.      I am employed in the firearms industry and as such I purchase firearm frequently. Accordingly, even if I receive delivery of my firearm described above while this action is pending, this matter will not be moot. I will purchase another firearm in the near future and when I do, I will be subjected to the same unconstitutional burden described above.

I, Alicia Garcia, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

Alicia Garcia
Date: October 1, 2023