IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.**

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA,

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

      Defendant.

_____

**TEMPORARY RESTRAINING ORDER**
_____

    1.    The Court GRANTS the motion for a temporary restraining order filed by Plaintiffs against Defendant.

    2.    The Court **ENTERS** this Temporary Restraining Order on October ___, 2023 at _____ __.M.  Fed. R. Civ. P. 65(b)(2).

    3.    The Court **ENJOINS** Defendants from enforcing, attempting to enforce, threatening to enforce, or otherwise requiring compliance with the C.R.S. § 18–12–115 (the "Waiting Period Act")

    4.    Plaintiffs have shown they will likely succeed on the merits of their claims. Unless the Court enters this Temporary Restraining Order, Plaintiffs will suffer irreparable harm. The balance of interests and the public interest favor entering this order.

5. Plaintiffs will not be required to post a security bond because enjoining the Defendant from prohibiting Plaintiffs' exercise of their Second Amendment rights does not interfere with the Defendant's rights. Fed. R. Civ.P. 65(c).

October __, 2023 at _____ __.M..

BY THE COURT

_____
United States District Court Judge