IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 23-cv-2563**

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA,

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

      Defendant.

---

## NOTICE OF RELATED CASE

---

      Plaintiffs notify the Court of the following related cases:

      1. *Rocky Mountain Gun Owners, et al. c. Polis*, Civil Action No. 23-cv-1076-PAB-NRN. This case was between the same parties and concerned the same matter. The case was dismissed without prejudice on August 11, 2023.

      2. *Rocky Mountain Gun Owners, et al. c. Polis*, Civil Action No. 23-cv-1077-PAB-NRN. This case was filed on the same day as the above case and involved similar claims against the same defendant.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
(303) 205-7870
Email:  barry@arringtonpc.com

1