IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-2563-JLK

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA,

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## ENTRY OF APPEARANCE

    Michael T. Kotlarczyk hereby enters his appearance on behalf of the Defendant, Jared S. Polis, in his official capacity as Governor of the State of Colorado, in the above captioned matter. Mr. Kotlarczyk is a member in good standing of the bar of this Court. All parties shall copy all pleadings, motion, and briefs filed with the Court to the undersigned Michael T. Kotlarczyk, Senior Assistant Attorney General.

Respectfully submitted this 2nd day of October, 2023,

> PHILIP J. WEISER
> Attorney General
>
> */s/ Michael T. Kotlarczyk*
> MICHAEL T. KOTLARCZYK, No. 43250*
> Senior Assistant Attorney General
> Public Officials Unit | State Services Section
> Ralph L. Carr Colorado Judicial Center
> 1300 Broadway, 6th Floor
> Denver, CO 80203
> Telephone:  720.508.6187
> mike.kotlarczyk@coag.gov
>
> *Attorney for Defendant Jared Polis, in his official capacity as Governor of the State of Colorado*
> *Counsel of Record

## CERTIFICATE OF SERVICE

      I hereby certify that on October 2, 2023, I served a true and complete copy of the foregoing **ENTRY OF APPEARANCE,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Barry K. Arrington  
Arrington Law Firm  
4195 Wadsworth Blvd  
Wheat Ridge, CO 80033  
barry@arringtonpc.com

                                                */s/ Carmen Van Pelt*