IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02563-JLK

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA,

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

**ENTRY OF APPEARANCE**

    Matthew J. Worthington hereby enters his appearance on behalf of the Defendant, Jared S. Polis, in his official capacity as Governor of the State of Colorado, in the above captioned matter. Mr. Worthington is a member in good standing of the bar of this Court. All parties shall copy all pleadings, motion, and briefs filed with the Court to the undersigned Matthew J. Worthington, Assistant Attorney General.

Respectfully submitted this 4th day of October, 2023,

        PHILIP J. WEISER
        Attorney General

        */s/ Matthew J. Worthington*
        MATTHEW J. WORTHINGTON, No. 47987*
        Assistant Attorney General
        Higher Education Unit | State Services Section
        Ralph L. Carr Colorado Judicial Center
        1300 Broadway, 6th Floor
        Denver, CO 80203
        Telephone:  720.508.6124
        matt.worthington@coag.gov

        *Attorney for Defendant Jared Polis, in his official capacity as Governor of the State of Colorado*
        *Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2023, I served a true and complete copy of the foregoing **ENTRY OF APPEARANCE,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

| | |
|---|---|
| Barry K. Arrington | William E. Trachman |
| Arrington Law Firm | Mountain States Legal Foundation |
| 4195 Wadsworth Blvd | 2596 S Lewis Way |
| Wheat Ridge, CO 80033 | Lakewood, CO 80227 |
| barry@arringtonpc.com | wtrachman@mslegal.org |
| | |
| *Attorney for Plaintiffs* | *Attorney for Plaintiffs* |

*/s/ Carmen Van Pelt*