IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 23-cv-2563-JLK**

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA,

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

      Defendant.

---

### JOINT MOTION TO RESCHEDULE PRELIMINARY INJUNCTION HEARING

---

Plaintiffs and Defendant, by their respective counsel, jointly move the Court to reschedule the two-day preliminary injunction hearing currently set to begin on October 24, 2023. As grounds for this motion the state:

    1. On October 4, 2023, the Court entered an order setting this matter for a two-day hearing on Plaintiffs' Motion for Preliminary injunction to begin on **October 24, 2023 at 9:30 a.m.**

    2. Both counsel for Plaintiffs and counsel for Defendants have scheduling conflicts on those two days. In addition, counsel have conferred and determined that one day is more than sufficient for a preliminary injunction hearing in this matter.

    3. Accordingly, Plaintiffs and Defendants respectfully request the Court to reschedule the preliminary injunction hearing to *either* October 26 or October 27.

Dated October 5, 2023

/s/ Barry K. Arrington
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
(303) 205-7870
Email:  barry@arringtonpc.com


William Edward Trachman
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
303-292-2021
Fax: 303-292-1980
wtrachman@mslegal.org

*Attorneys for Plaintiffs*

PHILIP J. WEISER
Attorney General

/s/ Michael T. Kotlarczyk
_____
Grant Sullivan, Assistant Solicitor General
Michael T. Kotlarczyk, Senior Assistant Attorney General
Matthew J. Worthington, Assistant Attorney General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6152
Email: grant.sullivan@coag.gov; mike.kotlarczyk@coag.gov; matt.worthington@coag.gov

*Attorneys for Defendant Jared Polis, in his official capacity as Governor of the State of Colorado*