IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02563-JLK

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA,

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## NOTICE OF RELATED CASE

This Court entered a minute order on October 3, 2023 [Doc. 9] that identified three other Second Amendment cases in this district and concluded that the cases are not sufficiently related to warrant special assignment or transfer under D.C.COLO.LCivR 3.2. To fully comply with the local rule, Defendant identifies a fourth case not mentioned in the Court's minute order, *Colorado State Shooting Ass'n v. Polis*, No. 23-cv-1998-KAS (D. Colo.), which was filed on August 7, 2023. In that case, Defendant previously filed a notice of related case identifying *Rocky Mountain Gun Owners v. Polis*, No. 23-cv-01076-PAB-NRN.

Like this case, *Colorado State Shooting Ass'n* is in its early stages and Defendant has not yet filed a responsive pleading. Based on the Court's analysis in its minute order, Defendant does not believe that *Colorado State Shooting Ass'n* is a related case that requires special assignment or transfer. Defendant simply alerts the Court to its pendency in an abundance of caution.

Respectfully submitted this 5th day of October, 2023.

        PHILIP J. WEISER
        Attorney General

        */s/ Grant T. Sullivan*
        GRANT T. SULLIVAN
        Assistant Solicitor General
        MICHAEL KOTLARCZYK
        Senior Assistant Attorney General
        Public Officials Unit | State Services Section
        Ralph L. Carr Colorado Judicial Center
        1300 Broadway, 6th Floor
        Denver, CO 80203
        Telephone:  720.508.6349
        grant.sullivan@coag.gov

        *Attorney for Defendant Jared Polis, in his official capacity as Governor of the State of Colorado*
        \*Counsel of Record

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2023, I served a true and complete copy of the foregoing **NOTICE OF RELATED CASE,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Blvd
Wheat Ridge, CO 80033
barry@arringtonpc.com

                        */s/ Leslie Bostwick*