**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02563-JLK

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA

      Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor
of the State of Colorado

      Defendant.

---

**ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

I, Brian A. Abbas, hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Rocky Mountain Gun Owners and Alicia Garcia for the limited purposes of the Preliminary Injunction Hearing on October 26, 2023, only. All other pleadings, correspondence, notices, and other documents should be sent to counsel already entered in the case.

DATED this 11th day of October, 2023.

                                Respectfully submitted,

                                */s/ Brian A. Abbas*
                                Brian A. Abbas
                                Mountain States Legal Foundation
                                2596 South Lewis Way
                                Lakewood, Colorado 80227
                                Telephone: (303) 292-2021
                                E-mail: babbas@mslegal.org

                                *Attorney for Plaintiffs Rocky Mountain Gun*
                                *Owners and Alicia Garcia*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

/s/ Brian A. Abbas
Brian A. Abbas