IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02563-JLK

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA

       Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor
of the State of Colorado

       Defendant.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I, D. Sean Nation, hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Rocky Mountain Gun Owners and Alicia Garcia. All pleadings, correspondence, notices, and other documents should be sent to the undersigned counsel, along with counsel already entered in the case.

DATED this 18th day of October, 2023.

                                            Respectfully submitted,

                                            */s/ D. Sean Nation*
                                            D. Sean Nation
                                            Mountain States Legal Foundation
                                            2596 South Lewis Way
                                            Lakewood, Colorado 80227
                                            Telephone: (303) 292-2021
                                            E-mail: snation@mslegal.org

                                            *Attorney for Plaintiffs Rocky Mountain Gun Owners and Alicia Garcia*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of October, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

*/s/ D. Sean Nation*
D. Sean Nation
