**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-02563-JLK

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA,

    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant.

## THE GOVERNOR'S UNOPPOSED MOTION TO PERMIT REMOTE WITNESS TESTIMONY AT HEARING ON PRELIMINARY INJUNCTION

1. A preliminary injunction hearing is currently scheduled for October 26, 2023.

2. Two of the Governor's expert witnesses are located outside of Colorado and cannot travel to Denver for the preliminary injunction hearing on the current expedited schedule without incurring significant expense and inconvenience. Professor Randolph Roth is a Professor of History and Sociology at The Ohio State University and will be in Minnesota on October 26, attending to an important family matter. Professor Christopher Poliquin teaches at the UCLA Anderson School of Management in Los Angeles, California.

3. The Governor seeks to have Professor Rother and Professor Poliquin testify remotely, both on direct examination and cross-examination.

4. Plaintiffs do not oppose this request.

5. Accordingly, the Governor respectfully requests that the Court enter an order permitting Professors Roth and Poliquin to testify by remote means on October 26. If necessary

or requested, the Governor's counsel will make arrangements with courtroom staff on any technical issues to facilitate their remote testimony.

Dated: October 20, 2023        PHILIP J. WEISER
                               Attorney General

                               */s/ Grant T. Sullivan*
                               *Grant T. Sullivan*, Assistant Solicitor General
                               *Michael T. Kotlarczyk*, Senior Assistant Attorney General
                               *Matthew J. Worthington*, Assistant Attorney General
                               1300 Broadway, Denver, CO 80203
                               Telephone: (720) 508-6349; -6187; -6124
                               Email: grant.sullivan@coag.gov;
                               mike.kotlarczyk@coag.gov; matt.worthington@coag.gov

                               *Attorneys for Defendant Jared Polis*
                               *Counsel of Record