# Cisco Meeting App Instructions

# Judge Kane

- For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join.  **IMPORTANT:  Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting:**

   https://meet.uc.uscourts.gov/meeting/925968422?secret=S24UW69ZT36Oy1Z8eIF5Pw

   **Note:  Use the default of "Continue with browser" to join the meeting.**

- For VTC/SIP Systems:

   2221100@uc.uscourts.gov  Meeting ID- 925968422#

- For Audio Only:

   - Phone: 571-353-2301, then enter 925968422

- **Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**

   <u>**Family Member/Public/Media "listen" to hearing:**</u>

   Toll Free: 877-336-1831
   Access Code: 6747227#