IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:23-cv-02563-JLK**

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA

       Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado

       Defendant.

---

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF**

**PLAINTIFFS' REQUEST FOR PRELIMINARY INJUNCTION (DKT. 2)**

---

Plaintiffs Rocky Mountain Gun Owners and Alicia Garcia submit the attached supplemental authority as Exhibit 1: *Miller v. Bonta*, — F. Supp. 3d, 2023 WL 6929336 (S.D. Cal. Oct. 19, 2023).

In *Miller*, the District Court for the Southern District of California struck down several laws enacted by the State of California, collectively titled the "Assault Weapons Control Act." The statutes imposed criminal penalties on the possession or sale of various arms defined by California as "assault weapons."

*Miller* is relevant to this matter for three reasons.

First, the District Court in *Miller* struck down the law, despite covering the "sale" of assault weapons. Contrary to Defendant's argument in this case, the *Miller* court had little difficulty concluding that the Second Amendment protects a citizen's right to obtain a firearm through normal commercial transactions. *See Miller*, 2023 WL 6929336, at *6 ("[C]riminalizing selling,

lending, and manufacturing also impinges on a citizen's constitutional right to acquire these firearms for self-defense.").

Second *Miller* once again reiterated what is well known after *Bruen*: there is no government interest so weighty that it can save a statute that is otherwise unconstitutional. *Miller*, 2023 WL 6929336, at *2 ("[T]he Supreme Court has very clearly ended modern interest balancing when it comes to the Second Amendment."). Plaintiffs once again urge the Court to exclude irrelevant evidence proffered by Defendant's experts.

Last, *Miller* appropriately framed the individual right at issue: the ability to obtain a firearm for personal use. *Miller* then forcefully rejected California's argument that its state laws were constitutional because they still permitted individuals to keep and bear arms that were not the subject of the challenged laws. *Id.* at *5 ("This is not the way American Constitutional rights work. It is not permissible for a state to ban some books simply because there are other books to read, or to close synagogues because churches and mosques are open."). Similarly, the Court should reject Defendant's efforts to slice and dice the right to keep and bear arms.

Plaintiffs respectfully present this authority to the Court, to consider as it sees fit.

                                                  Respectfully submitted,

/s/ D. Sean Nation
D. Sean Nation
Brian A. Abbas
William E. Trachman
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
Tele: (303) 292-2021
Fax: (877) 349-7074
Email: snation@mslegal.org
babbas@mslegal.org
*Attorneys for Plaintiffs Rocky Mountain Gun Owners and Alicia Garcia*

Word Count: 347