**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**UNIFIED EXHIBIT LIST IN CASE NO. 1:23-cv-02563-JLK**

*ROCKY MOUNTAIN GUN OWNERS, and ALICIA GARCIA v. JARED S. POLIS*

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 1. | Triple J Receipt 1 | | | | | |
| 2. | Triple J Receipt 2 | | | | | |
| 3. | Dragon Man Receipt | | | | | |
| 4. | Declaration of Clayton Cramer | | | | | |
| 5. | The Opioid Epidemic and Homicide by Roth | | | | | |
| 6. | Figures for: "Criminologists and Historians of Crime: A Partnership Well Worth Pursuing" by Roth | | | | | |
| 7. | Roth's Declaration in Miller v. Bonta | | | | | |
| 8. | How Technology Shapes Mass Murder by Jeff Grabmeier, Ohio State News interview with Randolph Roth | | | | | |
| 9. | Mass Violence in American History, American History TV, C-Span, January 7, 2017. Interview with Randolph Roth | | | | | |
| 10. | FULL: Anti-gun professor, Randolph Roth, Ohio State History Dept., published Feb. 11, 2013. | | | | | |

1

2

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 11. | U.S. Patent Numbers: 8461X; 168; 279; 354; 364; 1,304; 1,804; 5,814; 6,945; 6,973; 8,210; 9,929; 9,701; 10,520; 10,944; 11,197; 11,470; 12,189; 12,567; 12,648; 12,649; 36,836; 47;631; 110,338; 754,637 | | | | | |
| 12. | | | | | | |
| 13. | | | | | | |
| 14. | | | | | | |
| 15. | | | | | | |
| 16. | | | | | | |
| 17. | | | | | | |
| 18. | | | | | | |
| 19. | | | | | | |
| 20. | | | | | | |
| 21. | HB 23-1219 | | | | | |
| 22. | Handgun Waiting Periods Reduce Gun Deaths | | | | | |
| 23. | Spitzer Declaration | | | | | |
| 24. | Spitzer CV | | | | | |
| 25. | Table of Intoxication/Weapons Laws | | | | | |
| 26. | Text of Intoxication/Weapons Laws | | | | | |
| 27. | Table of Weapons Licensing Laws | | | | | |
| 28. | Text of Weapons Licensing Laws | | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 29. | Historical Waiting Period Laws | | | | | |
| 30. | Roth Declaration | | | | | |
| 31. | Roth CV | | | | | |
| 32. | Poliquin CV | | | | | |
| 33. | Poliquin Study Supporting Information | | | | | |
| 34. | | | | | | |
| 35. | | | | | | |
| 36. | | | | | | |
| 37. | | | | | | |
| 38. | | | | | | |
| 39. | | | | | | |