**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-02563-JLK-STV

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA,

     Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

     Defendant.

---

**DEFENDANT'S WITNESS LIST FOR OCTOBER 26, 2023 HEARING**

---

     Defendant, Jared S. Polis, in his official capacity as Governor of the State of Colorado,

submits his witness list, pursuant to Judge Kane's practice standards.

_____*Defendant's*_____ WITNESS LIST IN CASE NO.   **23-cv-2563-JLK**_____

Rocky Mountain Gun Owners and Alicia Garcia v. Jared S. Polis, in his official capacity

| WITNESS | EST. TIME FOR EXAMINATION | DATE(S) TESTIFIED |
|---|---|---|
| Professor Randolph Roth | Direct: 45 min., Cross: 120 min. [2 hrs, 45 min. total] | October 26, 2023 |
| Professor Christopher W. Poliquin | Direct: 30 min., Cross: 30 min. [1 hr total] | October 26, 2023 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Respectfully submitted this 24th day of October, 2023,

PHILIP J. WEISER
Attorney General

*/s/ Michael T. Kotlarczyk*

MICHAEL T. KOTLARCZYK, No. 43250*
Senior Assistant Attorney General
GRANT T. SULLIVAN, No. 40151*
Assistant Solicitor General
Public Officials Unit | State Services Section
MATTHEW J. WORTHINGTON, No. 47987*
Assistant Attorney General
Higher Education Unit | State Services Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
Telephone:  720.508.6187; 720.508.6349;
720.508.6124
mike.kotlarczyk@coag.gov; grant.sullivan@coag.gov;
matt.worthington@coag.gov

*Attorneys for Defendant Jared Polis, in his official
capacity as Governor of the State of Colorado*
*Counsel of Record