## <u>PLAINTIFF'S</u> WITNESS LIST IN CASE NO.   <u>23-cv-2563-JLK</u>

*Alicia Garcia and Rocky Mountain Gun Owners v. Polis*

| WITNESS | EST. TIME FOR EXAMINATION | DATE(S) TESTIFIED |
|---|---|---|
| Alicia Garcia | Direct: 30 mins., Cross: 10 mins., Total: 40 mins. | October 26, 2023 |
| Tylor Rhodes | Direct: 30 mins, Cross: 10 mins, Total: 40 mins. | October 26, 2023 |
| Professor Clayton Cramer | Direct: 90 mins, Cross: 45 mins, Total: 2 hrs, 15 mins | October 26, 2023 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |