**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:   October 26, 2023
Courtroom Deputy:  Bernique Abiakam
Court Reporter: Kevin Carlin

Civil Action No.: 23-cv-02563-JLK

| | |
|---|---|
| ROCKY MOUNTAIN GUN OWNERS, and ALICIA GARCIA, | Brian a. Abbas<br>D. Sean Nation |
| Plaintiffs,<br>v. | |
| JARED S. POLIS, *in his official capacity as the Governor of the State of Colorado*, | Michael T. Kotlarczyk<br>Grant T. Sullivan<br>Matthew J. Worthington |
| Defendant. | |

**COURTROOM MINUTES**

**Motion Hearing - Preliminary Injunction – Day 1**

**9:41 a.m.**     **Court in session.**

Court calls case.   Appearances of Counsel and parties.

Today's hearing regarding Doc. No. 2.

Preliminary remarks by the Court.

9:49 a.m.     Opening statement by Mr. Abbas.

9:57 a.m.     Opening statement by Mr. Kotlarczyk.

10:03 a.m.    Plaintiff, Alicia Garcia, called and sworn.

Direct examination begins by Mr. Nation.

**Plaintiffs' exhibit 1, offered and admitted.**

10:05 a.m.    Continued direct examination by Mr. Nation.

**Plaintiffs' exhibits 2 and 3, offered and admitted.**

10:12 a.m.    Continued direct examination by Mr. Nation.

10:13 a.m.     Cross examination begins by Mr. Kotlarczyk.

No redirect examination.

10:19 a.m.     Witness excused.

10:20 a.m.     Plaintiffs' witness, Taylor Rhodes, called and sworn.

Direct examination begins by Mr. Abbas.

**Exhibit 12, offered and admitted.**

10:22 a.m.     Continued direct examination by Mr. Abbas.

10:27 a.m.     Cross examination begins by Mr. Kotlarczyk.

10:29 a.m.     Redirect examination begins by Mr. Abbas.

10:30 a.m.     Witness excused.

10:31 a.m.     Plaintiffs' witness, Clayton Cramer, called and sworn via VTC.

Direct examination begins by Mr. Nation.

11:10 a.m.     Cross examination begins by Mr. Sullivan

**11:55 a.m.     Court in recess.**

**1:36 p.m.      Court in session.**

Continued cross examination by Mr. Sullivan.

Discussion regarding exhibits.

**Exhibit 34 and 35 offered and admitted.**

**Exhibit 4 offered and admitted.**

**ORDERED:  For the purposes of this Preliminary Injunction hearing, all tendered exhibits are admitted.**

1:42 p.m.      Redirect examination by Mr. Nations.

1:59 p.m.      Witness excused.

2:01 p.m.      Defendant's witness, Randolph Roth, called and sworn via VTC.

Direct examination begins by Mr. Sullivan.

2:52 p.m.      Cross examination begins by Mr. Abbas.

**3:41 p.m.      Court in recess.**

**3:54 p.m.**      **Court in session.**

Continued cross examination by Mr. Abbas.

No redirect.

4:34 p.m.      Witness excused.

**ORDERED:**    Today's Preliminary Injunction hearing shall continue on Monday, October 30, 2023, at 9:30 a.m.

**4:35 p.m.**      **Court in recess.**
Hearing continued.
Total time in court: 5 hours