IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:   October 30, 2023
Courtroom Deputy:  Bernique Abiakam
Court Reporter: Kevin Carlin

Civil Action No.: 23-cv-02563-JLK

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA,                                                          D. Sean Nation

    Plaintiffs,
v.

JARED S. POLIS, *in his official capacity as the*
*Governor of the State of Colorado*,                          Michael T. Kotlarczyk
                                                         Matthew J. Worthington

    Defendant.

## COURTROOM MINUTES

**Motion Hearing - Preliminary Injunction – Day 2**

**9:33 a.m.**      **Court in session.**

Court calls case.   Appearances of Counsel and parties.

Today's continued hearing regarding Doc. No. 2.

9:34 a.m.       Defendant's witness, Christopher Poliquin, called and sworn.

Direct examination begins by Mr. Worthington.

10:05 a.m.      Cross examination begins by Mr. Nation.

10:14 a.m.      Witness excused.

**10:15 a.m.**     **Court in recess.**

**10:43 a.m.**     **Court in session.**

10:44 a.m.      Closing argument by Mr. Nation.

10:49 a.m.      Closing argument by Mr. Kotlarczyk.

11:05 a.m.      Rebuttal argument by Mr. Nation.

**ORDERED:  Motion For Temporary Restraining Order and for Preliminary Injunction (Filed 10/1/23; Doc. No. 2) is taken UNDER ADVISEMENT.**

**11:12 a.m.    Court in recess.**
Hearing concluded.
Total time in court: 1 hour, 11 minutes