IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02563-JLK

ROCKY MOUNTAIN GUN OWNERS, et al.
    Plaintiffs,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,
    Defendant.

**JOINT MOTION BY ROCKY MOUNTAIN GUN OWNERS, ALICIA GARCIA, AND GOVERNOR JARED S. POLIS FOR THREE-WEEK EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

Plaintiffs Rocky Mountain Gun Owners and Alicia Garcia and Defendant Jared S. Polis, in his official capacity as Governor of the State of Colorado, by and through their respective undersigned counsel, jointly and respectfully move this Court for a three-week extension from April 17, 2025, to and including May 8, 2025, for the filing of dispositive motions pursuant to Federal Rule of Civil Procedure 56.

**D.C.COLO.LCivR 7.1(a) certificate of conferral**:

Undersigned counsel have conferred with each other and jointly seek a three-week extension.

1. As good cause, the parties provide as follows:

2. Discovery in this matter closed on February 21, 2025. (Doc. 57, p 1 (motion); Doc. 59 (order).)

3. The current deadline for dispositive motions is April 17, 2025. (Doc. 57, ¶¶ 8-9 (motion); Doc. 59 (order).)

4. Due to professional obligations by all counsel, the parties jointly request a three-week extension of time to file dispositive motions, to and including May 8, 2025.

5. Undersigned counsel Mr. McCoy is lead Plaintiffs' counsel in *Ortega et al. v. Grisham et al.*, No. 1:24-CV-00471-JB-SCY (D.N.M.), which is currently set for oral arguments on May 13, 2025, at the Tenth Circuit in an appeal of the district court's denial of preliminary inunction (Court of Appeals Docket #: 24-2121), and in preparation for those arguments, Mr. McCoy has been fully engaged with primary and supplemental briefing. Mr. McCoy is also counsel of record for individual plaintiffs in multiple cases challenging federal firearms regulations, including *Kansas, State of et al v. United States Attorney General et al.*, 6:24-cv-01086-TC-TJJ (D. Kan.), and *Pamela Bondi, Attorney General, et al. v. Jennifer VanDerStok, et al.*. The United States Supreme Court's decision in the *VanDerStok* case, which was issued earlier than anticipated on March 26, 2025, required a complete readjustment of Mr. McCoy's work schedule in the week that followed to respond to unanticipated and time sensitive case-related matters that arose due to that decision.

6. Undersigned counsel Ms. Buckley has primary responsibility for drafting an opposition to a motion for summary judgment in *Faustin v. Polis, et al.*, No. 23-cv-01376-SKC-NRN (D. Colo.), due April 18; handling the defense of a newly filed Second Amendment state court lawsuit, *Langston v. Humphreys*, Denver District Court No. 2025CV31185; and serving as general counsel to Colorado's Title Board in an active initiative season.

7. Undersigned counsel Mr. Michaels filed the defendant's response to motion for summary judgment in *Rocky Mountain Gun Owners & Pineda v. Polis*, No. 23-cv-01077-PAB-

    NRN (D. Colo.) (March 28); had to file a time-sensitive, court-ordered supplemental brief in state appellate court in *Colorado Livestock Association v. State of Colorado*, 24CA0293 (March 28); was out of the country at the end of March and beginning of April; and is serving as counsel for time-sensitive litigation and general counsel work on behalf of state agencies precipitated by the change in federal administration.

8. Undersigned counsel have begun working on dispositive motions but need more time to brief the matter and confer with their respective clients.

9. As this is a joint motion, no party will be prejudiced by a three-week extension for the dispositive motions deadline.

WHEREFORE, the parties respectfully request the Court grants the three-week extension to and including May 8, 2025.

Respectfully submitted this 8th day of April, 2025.

/s/ Michael D. McCoy
Michael D. McCoy
Robert Welsh
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
Phone: (303) 292-2021
Email: mmccoy@mslegal.org

*Attorneys for Plaintiffs*

PHILIP J. WEISER
Attorney General

/s/ Joseph G. Michaels
*Joseph G. Michaels*, Assistant Solicitor General*
*Emily Burke Buckley*, Senior Assistant Attorney General*
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6000
Email: joseph.michaels@coag.gov;
    emily.buckley@coag.gov

*Attorneys for Defendant Jared S. Polis*
*Counsel of Record