**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 23-cv-2563**

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA,

      Plaintiff,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

      Defendant.

---

### MOTION FOR WITHDRAWAL OF COUNSEL

---

Pursuant to D.C.COLO.LAttyR 5(b), William E. Trachman respectfully moves the Court for an Order permitting his withdrawal as counsel of record for Plaintiffs Rocky Mountain Gun Owners (RMGO) and Alicia Garcia.

1. Mr. Trachman is leaving the law firm of Mountain States Legal Foundation to assume another position.

2. All future pleadings, orders, correspondence, and any other filings in this matter should be directed to Plaintiffs' counsel of record, Michael McCoy.

3. In compliance with D.C.COLO.LAttyR 5(b), notice of Mr. Trachman's withdrawal as Plaintiffs' counsel in this lawsuit will be provided to all counsel of record by e-filing this motion, as listed on the Certificate of Service below.

4. Plaintiffs have been notified that this motion will be filed, and service of this motion on Plaintiffs will be made concurrently with this filing, and is occurring separately, through regular e-mail channels.

5. Undersigned counsel will apprise Plaintiff RMGO and Plaintiff Garcia that they

may not appear without counsel, pursuant to D.C.COLO.LAttyR 5(b). However, this is not a problem, as Plaintiff RMGO and Plaintiff Garcia are represented by remaining Plaintiffs' counsel in the case.

DATED this 13th day of August 2026.

Respectfully submitted,

*/s/ William E. Trachman*

William E. Trachman
Michael D. McCoy
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
Telephone: (303) 292-2021
E-mail: wtrachman@mslegal.org
mmcoy@mslegal.org

*Attorney for Plaintiffs*
*Rocky Mountain Gun Owners and Alicia Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2026, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record in this matter.

*/s/ William E. Trachman*
William E. Trachman