**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date: August 24, 2026

Deputy Clerk: Laura Galera
Court Reporter: Kevin Carlin

---

Criminal Action No.: 23-cv-02563-JLK

ROCKY MOUNTAIN GUN OWNERS, and
ALICIA GARCIA,

Michael D. McCoy

Plaintiffs,

v.

JARED S. POLIS, in his official capacity as
Governor of the State of Colorado

Joseph G. Michaels

Defendant.

---

## COURTROOM MINUTES

---

**MOTION HEARING**

**10:33 a.m. Court in session.**

Court calls case. Appearances of counsel.

Preliminary remarks by the Court.

This matter is before the Court regarding Plaintiffs' Motion for Summary Judgment [ECF No. 62], and Defendant's Motion for Summary Judgment [ECF No. 63].

10:41 a.m. Argument by Mr. McCoy.

11:22 a.m. Argument by Mr. Michaels.

**12:15 p.m. Court in recess.**
**1:18 p.m. Court in session.**

Response argument by Mr. McCoy.

1:49 p.m. Response argument by Mr. Michaels.

2:13 p.m. Reply argument by Mr. McCoy.

**ORDERED:** The Court orders a transcript of today's proceeding.

**ORDERED:** Motion For Temporary Restraining Order And Order For Defendants To Show Cause Why a Preliminary Injunction Should Not Issue (Filed 9/1/23; Doc. No. 2) are TAKEN UNDER ADVISEMENT.

**2:19 p.m. Court in recess.**

Hearing concluded.
Total in-court time: 02:13